No. 74–345.  R. J. Reynolds Tobacco Co. et al. v. American President Lines, Ltd., et al.  C. A. D. C. Cir.  Certiorari denied.  ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

No. 74–368.  Roberts et al. v. United States.  C. A. 9th Cir.  Certiorari denied.  ▮▮▮▮▮▮▮▮
▮▮

No. 74–429.  Sigma Systems Corp. et al. v. Electronic Data Systems Corp.  C. A. 5th Cir.  Certiorari denied.  ▮▮▮▮▮▮▮▮

No. 74–468.  Webster v. Kentucky.  Ct. App. Ky. Certiorari denied.  ▮▮▮▮▮▮▮▮

No. 74–473.  Steamship Mutual Underwriting Assn., Ltd. v. Westchester Fire Insurance Co. et al. C. A. 5th Cir.  Certiorari denied.  ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮

No. 74–475.  Universal Builders, Inc., et al. v. Clark et al.  C. A. 7th Cir.  Certiorari denied.  ▮▮
▮▮▮▮▮▮

No. 74–488.  Hartley et al. v. City of Chattanooga et al.; and
No. 74–490.  Hudson et al. v. City of Chattanooga et al.  Sup. Ct. Tenn.  Certiorari denied.  Reported below: 512 S. W. 2d 555.

No. 74–500.  Remsco Associates, Inc. v. Beaver Falls Municipal Authority.  Super. Ct. Pa.  Certiorari denied.

No. 74–507.  Gonzalez et al. v. International Longshoremen's Association, Local No. 1581, AFL–CIO. C. A. 5th Cir.  Certiorari denied.  ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮